UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kim Arvin Johnson,  Civil No. 09-2162 (JNE/SRN)

    **Plaintiff,**

 v.  **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

    **Defendant.**

---

    Frank W. Levin, Frank W. Levin, PA, 331 Second Avenue South, Suite 420, Minneapolis, Minnesota 55401, on behalf of Plaintiff

    Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant

---

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; and Defendant's Motion for Summary Judgment (Doc. No. 13) is **GRANTED**.

Dated:   7-20-2010

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge

    1.